UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1407<br>CASE NO. 05:06CV00039 |
| This documents relates to:<br><br>KEITH DONEGAN,<br><br>     Plaintiff<br><br>vs<br><br>GLAXOSMITHKLINE, *etc.*, *et al.*,<br><br>     Defendant | **ORDER OF DISMISSAL** |

## ORDER OF DISMISSAL

IT IS HEREBY ORDERED that SMITHKLINE BEECHAM CORPORATION d/b/a

GLAXOSMITHKLINE, GLAXOSMITHKLINE CONSUMER HEALTHCARE, L.P. and

LOVELACE DRUG STORE, INC., for all claims arising from the sale or distribution of a PPA-

containing GSK product are dismissed with prejudice without costs to any party pursuant to the

attached Stipulation of Dismissal signed by counsel for the parties in this matter, and that a final

judgment is entered.

Dated: November 6, 2006

*s/Keith Starrett*
U.S. DISTRICT COURT JUDGE